UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DANIEL AUGUSTINE SOLIS,

          Defendant.

_____/     **INDICTMENT**

The Grand Jury charges:

**Bank Robbery**

On or about February 12, 2020, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

DANIEL AUGUSTINE SOLIS

by intimidation took from the person or presence of a JPMorgan Chase Bank employee approximately $7,038.50, belonging to and in the care, custody, control, management, and possession of JPMorgan Chase Bank, located at 141 E. Michigan Ave, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

**18 U.S.C. § 2113(a)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney