UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL AUGUSTINE SOLIS,

        Defendant.

_____/

Case no. 1:20-cr-037

Hon. Robert J. Jonker
Chief United States District Judge

### DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

NOW COMES the defendant, Daniel Augustine Solis, by his attorney, Helen C. Nieuwenhuis of the Office of the Federal Public Defender, to move this Honorable Court to depart downward within the U.S. Sentencing Guidelines pursuant to U.S.S.G. § 5K2.20(a). The basis for this departure will be found in the Presentence Report and in Defendant's Sentencing Memorandum filed on this day as well.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated:   September 14, 2020

/s/ Helen C. Nieuwenhuis
HELEN C. NIEUWENHUIS
First Assistant Federal Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420